# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JOHN MAYHEW,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.  13-cv-04521-BLF<br><br>**ORDER REQUESTING BRIEFING FROM DEFENDANT** |

On November 6, 2014, the Court received a letter from Plaintiff asking the Court to limit the amount withheld from each of his benefits checks from $50.00 to $10.00.  The Court construes Plaintiff's letter as a request for an order directing an interim reduction of withholding pending disposition of this action.  Defendant shall file a response on or before November 21, 2014.  The matter thereafter will be taken under submission without oral argument.

**IT IS SO ORDERED.**

Dated:  November 7, 2014

_____
BETH LABSON FREEMAN
United States District Judge