1  MELINDA HAAG
   United States Attorney
2  DONNA L. CALVERT
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  JEFFREY CHEN, CSBN 260516
   Special Assistant United States Attorney
5         Social Security Administration
6         160 Spear Street, Suite 800
          San Francisco, CA  94105
7         Telephone: (415) 977-8939
          Facsimile: (415) 744-0134
8         Email: Jeffrey.Chen@ssa.gov
9  Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN MAYHEW, | ) No. 5:13-cv-04521-BLF |
| | ) |
| Plaintiff, | ) **EX PARTE MOTION FOR A** |
| | ) **VOLUNTARY REMAND PURUSANT TO** |
| v. | ) **SENTENCE FOUR OF 42 U.S.C. § 405(g)** |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

    Defendant hereby moves, through her undersigned attorneys, and with the approval of the Court, to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).

    Upon further examination of the record, it appears that there is an inconsistency between the ALJ's overpayment calculations as compared with the agency's payment records.  Upon remand, the ALJ shall re-calculate Plaintiff's overpayment, if any, for the period beginning in 1995, re-determine Plaintiff's total overpayment, and issue a new administrative decision.

Motion for Sentence 4 Remand

1

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| Date: *February 3, 2015* | | MELINDA HAAG<br>United States Attorney |
| | By: | */s/ Jeffrey Chen*<br>JEFFREY CHEN<br>Special Assistant United States Attorney<br>Attorneys for Defendant |

ORDER

APPROVED AND SO ORDERED:

DATED: February 20, 2015

HONORABLE BETH L. FREEMAN
UNITED STATES DISTRICT JUDGE

Motion for Sentence 4 Remand

2